

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2018

No. 04-18-00463-CR

Gail **MAYBERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 09-05-0041-CRW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant, has informed appellant of her right to review the record and file her own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a *pro se* brief, she must do so within forty-five days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1.

The State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court.

We further ORDER the motion to withdraw filed by appellant's counsel to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court